1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL J. LANDI,

11              Petitioner,              No. CIV S-08-2099 GGH P

12        vs.

13   MIKE MARTELL, et al.,

14              Respondents.            ORDER TO SHOW CAUSE

15   _____/

16              Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On November 5, 2008, respondent filed a motion to

18   dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides in

19   part:  "Failure of the responding party to file written opposition or to file a statement of no

20   opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Good

21   cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days,

22   why respondent's November 5, 2008, motion to dismiss should not be granted.

23   DATED: January 15, 2009

24                                      /s/ Gregory G. Hollows

                                        _____

25   GGH:035                            UNITED STATES MAGISTRATE JUDGE
     land2099.46

26

                                        1